IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                       **PLAINTIFF**

**VS.**                                          **NO. 4:20CV01257 SWW**

**LITTLE ROCK POLICE**                                              **DEFENDANTS**
**DEPARTMENT,** *et al.*

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of November, 2020.


                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE